FELICE JOHN VITI, Acting United States Attorney (#7007)
BRIAN WILLIAMS, Assistant United States Attorney (#10779)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT  84111-2176
Telephone:  (801) 325-3258  •  Facsimile:  (801) 524-3399

FILED
2025 OCT 27
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | |
| vs. | : | VIO. 8 U.S.C. § 1325(a)(2) |
| NERSIS ALBERTO MENDOZA-EMILIANO, | : | (ELUDING EXAMINATION OR INSPECTION BY IMMIGRATION OFFICERS) |
| | : | |
| Defendant. | | Case: 2:25−po−00809<br>Assigned To : Oberg, Daphne A.<br>Assign. Date : 10/27/2025<br>Description: USA v Mendoza−Emiliano |

The United States Attorney charges:

COUNT I

That the defendant herein,

NERSIS ALBERTO MENDOZA-EMILIANO,

an alien, who on or after March 25, 2021, and October 22, 2025, did knowingly elude examination and inspection by immigration officers until his apprehension on or about

October 22, 2025, by immigration officers in the District of Utah, all in violation of Title 8, United States Code, Section 1325(a)(2).

DATED this 27th day of October, 2025.

FELICE JOHN VITI
Acting United States Attorney

For: _____
BRIAN WILLIAMS
Assistant United States Attorney